AO 243 (Rev. 5/85)   MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

# United States District Court

| District | Southern District of Texas |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Alberto Leon | 94308-079 | 1:01CR00154-002 |

Place of Confinement: Federal Correctional Institution (Medium) P.O. Box 26040 Beaumont Texas 77720

B-02-112

UNITED STATES OF AMERICA   v.   Alberto LEON
(name under which convicted)

United States District Court Southern District of Texas FILED MAY 28 2002 Michael N. Milby Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court Southern District of Texas, Brownsville Texas 78521

2. Date of judgment of conviction  October 15th 2001

3. Length of sentence  41 Month and 3 years Supervise Release

4. Nature of offense involved (all counts)  Count One: Conspiracy to transport aliens 8 USC § 1324(a)(1)(A)(V)(I), Count Four: Transporting a Certain alien 8 USC § 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(V)(II), Count Five: Transporting a Certain alien 8 USC §§ 1324(a)(1)(ii) and 1324(a)(1)(V)(II)

5. What was your plea? (Check one)
   (a) Not guilty  ☑ (Not guilty)
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   None: (Had a Trial by Jury)

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☑
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☑ No ☐  in my own behalf

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑  Appeal was withdrawn

(2)

85)

 did appeal, answer the following:

Name of court ___ No appeal to my knowledge was ever filed

Result ___

Date of result ___ NOT KNOWN

than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, ations or motions with respect to this judgment in any federal court?
) No ☑

r answer to 10 was "yes," give the following information:

1) Name of court ___ NONE

2) Nature of proceeding ___ ''

3) Grounds raised ___ ''

'' 

''

4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

5) Result ___ NONE

6) Date of result ___ ''

As to any second petition, application or motion give the same information:

1) Name of court ___ ''

2) Nature of proceeding ___ ''

3) Grounds raised ___ ''

''

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____ NONE _____

(6) Date of result _____ " _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☒
(2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

> I Suggested to my attorney if he did file an appeal that I would like him to withdraw it. As far as I No there is No Appeal pending. Nor is there Sopose to be one on my behalf, and if there is an appeal pending I was Never Notified of it by anyone. Therefore I would like to pursue my § 2255 Motion to give the lower Court an opportunity to hear my Claims first.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Sentenced in Violation of the due process Clause - Clause etc / inaccurate information in the PSI Report

Supporting FACTS (state *briefly* without citing cases or law)

See: Attached pages Titled "Movant Ground one"
And
Exhibit "A" Attached

B. Ground two: Multiplicity Challenges / Challenging the Constitutionality of Title 8 USC § 1324 et Seq

Supporting FACTS (state *briefly* without citing cases or law):

See: Attached page Title "Movant Ground Two"
And
Exhibit "B" Attached / Exhibit C

C. Ground three:
NONE

Supporting FACTS (state *briefly* without citing cases or law): "
NONE
"

(5)

NONE

"

D. Ground four: _____
"

Supporting FACTS (state *briefly* without citing cases or law): _____

NONE

"

"

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: I had no help til recently to present my grounds.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Defense Counsel: Arnoldo Ruiz Pena
    3505 Boca Chica Blvd, Suite 106, Brownsville Texas 78521

    (b) At arraignment and plea  "
    "

    (c) At trial  "
    "

    (d) At sentencing  "
    "

    "

(6)

(e) On appeal _____ ll _____

_____ ll _____

(f) In any post-conviction proceeding _____ ll _____

_____ ll _____

(g) On appeal from any adverse ruling in a post-conviction proceeding __ ll _____

_____ ll _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ___NONE___

_____ ll _____

_____ ll _____

(b) Give date and length of the above sentence: _____ ll _____

_____ ll _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____Alberto Leon Pro Se_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__5-22-02__
(date)

_____Alberto Leon_____
Signature of Movant

(7)

**MOVANT GROUND ONE:**

Movant contends he was sentenced in violation of the due process clause, based on the inaccurate information in the presentence Investigation Report. In support, movant states that:

1). The P.S.I. report page 4 paragraph 6 indicates movant was sentenced on September 17, 2001. Actually the record in the case shows - demonstrates that movant was sentenced on October 15th, 2001.

2). Movant contends the PSI report page 4 paragraph 8 indicates the Tractor trailer truck wa stopped at approximately 12:40 a.m. by the U.S. Border Patrol station in Sarita, Texas at the immigration inspection station in Sarita. In paragraph 9 Agents recieved the movant cooperation to search the tractor trailor truck bearing the name of "Leon Transport". The agents found eighteen (18) illegal aliens in the trailer and NOT forty-one (41) aliens as indicated on on page 7 of the P.S.I. report paragraph 22.

3). Movant contends the PSI report page 4 paragraph 9 over-represents the offense, is nothing less than speculation, conjunction, baseless conclusion of the probation officer to exagerate the offense level of the offense. The refrigerator unit attached to the trailer has an outside "Celsius Scale" which was set at (60) to (65) degrees NOT (35) and forty (40) degrees- Furthermore, there is no scientific evidence to support these erroneous baseless conclusions. Additionally, see Exhibit "A". An illustration of a tractor trailor truck and the refrigerator unit. Further see Exhibit "B" a rough draft of a "Celsius Scale," which are hereby incorporated in this action as movant's Exhibits "A" and "B".

4). Movant contends page 5 paragraph 10 of the PSI report a second tractor trailor truck was searched and twenty-three (23) additional aliens were found and that this particular truck was dr iven by "Juan Leon Hernandez," NOT "Alberto Leon." Moreover paragraph 9 and 10 indicate the temperature of the "refrigerator units" were both set at (35) and (40) degrees, also indicates the aliens were NOT adequately dressed to endure the cold environment.

(1)                                                         continued...

Once again the probation officer is over-emphasizing the PSI riport without any scientific evidence / or physical evidence to support these baseless conclusions. However, on page 5 paragraph 11 again the probation officer is using speculation in reference to the "bill of lading" to support an inaccurate theory in reference to the refrigerator unit being set at (35) and for (40) degrees, that the aliens in the trailer unit were not dressed to endure the cold environment that never existed. These inaccurate illusions and imaginary conclussions of the probation officer denied movant due process of law. For it's obvious the record will show <u>NO</u> scientific evidence/ or any other evidence to support the two (2) point increase in paragraph 23 on page 7. Also paragraph 22 on page 7 is inconsistent, inaccurate information in regards to the search, "Leon's Transport," where the agents found <u>ONLY</u> eighteen (18) illegal aliens. Therefore, movant only played a mitigating role this assessment overrides the probation officer's baseless conclusion on page 5 and paragraph (14) of the PSI report.

5). Movant contends the <u>offence level computation</u> as indicated on page 6 of the PSI report is inaccurate information and that he was denied due process of law pursuant to the (relevant conduct); Because he cannot be held accountable for Mr. Juan Leon Hernandez' conduct of addition 23 illegal aliens, particularly since the facts of the arrest-search show - demonstrate movant can only be accountable for eighteen (18) illegal aliens. Therefore, additionally, page 6 and paragraphs 19, 20, and 21 are inaccurate and denies movant due process of law, because the base offense level in the guidelines for violation of 8 U.S.C. §1324 should have been 8 not 12. Also in paragraph 20 the probation officer has artificially inflated this section by tangential factors which over-represents the seriousness of the offense level computation.

6). Movant contends page 7 and paragraph 28 show and demonstrates he was not given a 2/or 3 point adjustment of acceptance of responsibility because he put the government to its burden of proof by exercising his <u>"SIXTH AMENDMENT"</u> right to trial.

(2)                                              continued...

The probation officer's contention is that movant is not entitled to a reduction (see page 7 paragraph 28). The law is clear that an individual cannot be punished for exercising his/or her right to trial by Jury. It is a principal in this country, fairness demands due process in our country. To say movant is not entitled to a reduction is Malum in se. The evidence in this particular case warrants a reduction. (1) Because upon the date of the arrest movant cooperated with the U.S. Border Patrol Station in Sarita, Texas, by allowing the Border Patrol to conduct a search of the Truck/Trailor without indicement. (2) Movant provided the U.S. Border Patrol with his true identification. (3) Movant had no objection to the U.S. Border Patrol searching the load. (4) Movant gave his true citizenship as a United States Citizen to the U.S. Border Patrol. (5) Movant cooperated by answering the U.S. Border Patrol's questions. (6) Movant was told during the search to sit on a bench during the search of the truck-trailor and movant cooperated fully with this order. (7) Movant was questioned be the Border Patrol in their office and cooperated fully when he was read his rights.

7). Movant contends his <u>Adult Criminal Convitions</u> on page 8 paragraphs 33 and 34 over-represent the seriousness of the present offense , over-represents the Criminal History Category.

8). Movant contends pages 4 thru 7 of the PSI report contain no evidence that he had control over the actions of Mr. Juan Leon Hernandez in the instant offense, that he should only have been sentenced on the preponderance of the evidence, because the information utilized by the court in making these findings have no "sufficient indicia" of reliability to support its accuracy. Moreover, there is on evidence pursuant to U.S.S.G. §2L1.1 (b) (5) to support the base offense level of (12), or to support the (2) levels enhancement because the offense involved the intentional or reckless creation of a substantial risk of death or serious bodily injury to another. The arrest shows-demonstrates that noe of the aliens were admitted to a hospital /or needed emergency treatment. Additionally, movant submits a weather report exhibit "C" which will establish, show and demonstrate the weather on the date of the arrest.

(3)

**Movant Ground Two:**

Movant contends that the "Multiplicity" in the charging instrument, of a single offense is unconstitutional and has denied him due process of law / challenges to the Constitutionality of Title 8 USC §1324 et Seq.

1). Movant contends the government is stretching the criminal statute 8 U.S.C. §1324 beyond the clear intent of congress.

2). Movant contends his conviction - sentence is unconstitutional and in violation of law and constitution.

3). Movant contends the government has turned a single transaction into multiple offenses.

4). Movant contends these multiple charges are improper, violate the law, constitution, because the unit of the prosecution of 8 U.S.C. §1324 is the underlying felonious activity and not the use of trucks-aliens since the statute itself is expressly framed in terms of the underlying activity, therefore the constitutionality of the act itself is being challenged by movant herein because the federal offense is not clear and without ambiguity, doubt will in the end be resolved against turning a single transaction into multiple offenses.

(4)

Movant Exhibit A





Movant's Exhibit "B"

*Movant Exhibit C*

Preliminary Local Climatological Data (WS Form: F-6)

```
                                          Station: WSO BROWNSVILLE TX

                                          Month:   MAR
                                          Year:    2001

   Temperature in F :        :Pcpn  :Snow: Wind        :Sunshine: Sky    :Pk Wnd
=================================== Columns ===================================
 1   2   3   4    5   6a  6b    7     8   9   10  11   12  13    14  15  16  17  18
Dy  Max Min Avg  Dep HDD CDD   Wtr   Snw Dpth Avg Spd  Dir Min   Psbl S-S Wx  Spd Dr
===============================================================================
 1   71  48  60   -5   5   0  0.02   0.0   0 11.0 18  340    0     0 M 1    23 350
 2   58  51  55  -11  10   0  0.02   0.0   0  8.8 18  110    0     0 M      22 110
 3   78  56  67    1   0   2    T    0.0   0 10.4 28  320  536    76 M      35 330
 4   81  49  65   -1   0   0  0.00   0.0   0  5.5 16  320  632    90 M      23 310
 5   76  49  63   -3   2   0  0.00   0.0   0  7.0 17   90  632    90 M 1    22  60
 6   76  49  63   -3   2   0  0.00   0.0   0  7.9 18  120  459    65 M      22 120
 7   77  59  68    1   0   3  0.00   0.0   0 10.2 18  120  592    84 M      24 110
 8   80  60  70    3   0   5  0.00   0.0   0 14.1 30  160  371    52 M      33 180
 9   71  55  63   -4   2   0  0.00   0.0   0  9.3 23   40  452    64 M 1 2  28  30
10   75  50  63   -4   2   0  0.00   0.0   0 12.2 24  140  169    24 M 1    29 140
11   78  69  74    6   0   9  0.00   0.0   0 14.8 24  160    0     0 M      26 170
12   90  60  75    7   0  10  0.00   0.0   0 10.1 22   50  503    70 M 1 8  28 060
13   86  57  72    4   0   7    T    0.0   0  7.9 21  110  585    82 M 1 2 8 25 120
14   80  63  72    4   0   7  0.19   0.0   0  9.6 28  160   18     3 M 1    31 160
15   92  59  76    7   0  11  0.00   0.0   0  7.1 31   40  495    69 M 1 2  41 040
16   73  55  64   -5   1   0  0.00   0.0   0  9.7 21   30  491    68 M      25 070
17   75  63  69    0   0   4  0.00   0.0   0 10.6 18   50  116    16 M      22 060
18   75  60  68   -1   0   3  0.02   0.0   0 12.7 20   40  196    27 M 1    25 040
19   69  51  60   -9   5   0  0.00   0.0   0 12.6 22  350  543    75 M 1    28 340
20   73  44  59  -11   6   0  0.00   0.0   0  7.3 16  350  725   100 M      22 330
22   81  52  67   -3   0   2  0.00   0.0   0 12.4 24  160  638    87 M      28 160
23   81  60  71    1   0   6  0.00   0.0   0 15.3 25  160  589    80 M      30 150
24   82  63  73    2   0   8  0.00   0.0   0 10.4 23  160  458    62 M      26 160
25   68  60  64   -7   1   0  0.02   0.0   0 10.5 21   20    0     0 M 1    29 030
26   70  59  65   -6   0   0    T    0.0   0  9.6 17   90    0     0 M 1    22  70
27   76  67  72    0   0   7  0.05   0.0   0 14.3 26  140    0     0 M 1    30 150
28   76  57  67   -5   0   2  0.04   0.0   0  9.7 18  290    0     0 M 1    22 350
29   83  55  69   -3   0   4    T    0.0   0  7.6 18  100  394    53 M 1    23 350
30   82  64  73    1   0   8  0.00   0.0   0  8.5 20   80  363    49 M      24  90
31   85  61  73    1   0   8  0.00   0.0   0  6.9 18   80  314    42 M 1 2  23 100
===============================================================================
Sm 2397 1752          38 106  0.36         0 311.4           10998         M
===============================================================================
Av  77.3 56.5                                10.0 Fastst Psbl  %    M   Max(mph)
                                        Misc ---->  31   40   223  48       41 040
===============================================================================
Notes:
# Last of several occurrences
Column 17 Peak Wind in M.P.H.
```

Preliminary Local Climatological Data (WS Form: F-6) , Page 2

                                          Station: WSO BROWNSVILLE TX

                                          Month:   MAR
                                          Year:    2001

```
[Temperature Data]         [Precipitation Data]        SYMBOLS USED IN COLUMN 16

Average Monthly: 66.9      Total for Month:   0.36     1 = FOG
Dptr fm normal:  -1.9      Dptr fm normal:   -0.17     2 = FOG REDUCING VISIBILITY
Highest:     92 on 15      Grtst 24hr 0.19 on 14           TO 1/4 MILE OR LESS
Lowest:      44 on 20                                  3 = THUNDER
                           SNOW, ICE PELLETS, HAIL     4 = ICE PELLETS
                           Total month: 0    Inches    5 = HAIL
                           Grtst 24hr 0     on         6 = GLAZE OR RIME
                           Grtst depth:   0 on -       7 = BLOWING DUST OR SAND:
                                                           VSBY 1/2 MILE OR LESS
                                                       8 = SMOKE OR HAZE
[No. of Days with]         [WEATHER - Days with]       9 = BLOWING SNOW
                                                       x = TORNADO
Max 32 or below:   0       0.01 inch or more:  7
Max 90 or above:   2       0.10 inch or more:  1
Min 32 or below:   0       0.50 inch or more:  0
Min  0 or below:   0       1.00 inch or more:  0

[HDD (Base 65) ]
Total this Mo.    38       Clear  (scale 0-3)    M
Dptr fm normal    -3       Ptcldy (scale 4-7)    M
Seasonal total   696       Cloudy (scale 8-10)   M
Dptr fm normal    61

[CDD  Base 65) ]
Total this Mo.  °106
Dptr fm normal   -53       [Pressure Data]
Seasonal total   297       Highest SLP 30.40  on 05
Dptr fm normal    17       Lowest  SLP 29.61  on 02
```