3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALBERTO
~~JUAN HERNANDEZ~~ LEON,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. B-02-112
CRIMINAL NO. B-01-154

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Petition on or before August 12, 2002.

DONE at Brownsville, Texas, this 10th day of June, 2002.

Felix Recio
United States Magistrate Judge