UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERTO LEON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-112 |
| | § | CRIMINAL NO. B-01-154-2 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## AMENDED ORDER

The Petitioner's Application to Proceed in Forma Pauperis (Doc. # 2) is hereby **GRANTED**. Let the Applicant proceed without the pre-payment of cost of fees or the necessity of giving security therefor.

The Government is hereby **ORDERED** to respond to Petitioner's 28 U.S.C. § 2255 Petition on or before August 12, 2002.

DONE at Brownsville, Texas, this 20th day of June, 2002.

Felix Recio
United States Magistrate Judge