IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION

United States District Court
Southern District of Texas
F!.70

**AUG 0 8 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| v. | § | CR-B-01-154-2 |
| | § | |
| ALBERTO LEON, | § | |
| Petitioner. | § | |
| (C.A.-B-02-112) | § | |

## RESPONDENT'S  MOTION TO DISMISS LEON'S
## MOTION FOR RELIEF UNDER 28 U.S.C. § 2255 WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, "the government", files this Response and Motion to Dismiss Alberto Leon's Motion for Relief under 28 U.S.C. § 2255 without prejudice.  In support thereof the government would show the court the following:

I.

On October 24, 2001, Magistrate Judge Felix Recio appointed Philip T. Cowen as Leon's counsel on appeal.  On December 12, 2001, the petitioner, Alberto Leon, filed a notice of appeal in the U.S. Court of Appeals for the Fifth Circuit.  Leon filed his brief on June 20, 2002.  Leon argues the credibility of the witnesses, the denial of effective assistance of counsel, and the lack of sufficient evidence against him.  Leon's Fifth Circuit docket number is 01-41204 and currently his appeal is pending.

II.

MOTION TO DISMISS WITHOUT PREJUDICE

The U.S. Court Appeals for the Fifth Circuit has previously held that a criminal defendant may not collaterally attack a conviction until it has been affirmed on direct appeal.  *United States v. Fassler,* 858 F.2d 1016, 1019 (5th Cir. 1998), *cert. denied.* 490 U.S. 1099, 109 S.Ct. 2450, 104

L.Ed.2d 627 (1989), citing *Jones v. United States*, 453 F.2d 351, 3552 (5th Cir. 1972).

In view of *Fassler*, the government moves to dismiss Leon's 2255 motion without prejudice.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By:        *[signature]*

YONG J. AN
Assistant United States Attorney
Attorney for Respondent
P.O. Box 61129
Houston, Texas 77208
State Bar No.24033612
Fed.Id No. 29460
(713) 567-9506

## CERTIFICATE OF SERVICE

I, Yong J. An, do hereby certify that a copy of the foregoing Respondent's Motion To Dismiss

without Prejudice and Brief has been mailed on this the 8th day of August, 2002, via certified mail,

return receipt requested to

Alberto Leon
Reg. No. 94808-079
Beaumont Med FCI
P. O. Box 26040
Beaumont, TX 77720

*[signature]*

YONG J. AN
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,     §
    Respondent     §
           §
    v.     §     CR-B-01-154-2
           §
ALBERTO LEON,     §
    Petitioner     §
      (C.A.-B-02-112)     §

ORDER

It is hereby **ORDERED** that the Government's Motion to Dismiss Without Prejudice is

GRANTED.

Done this _____ day of _____, 2002, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

3