UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERTO LEON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-112 |
| | § | CRIMINAL NO. B-01-154-2 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is "Respondent's Motion to Dismiss Leon's Motion for Relief Under 28 U.S.C. § 2255 Without Prejudice" (Doc. #5).

On October 24, 2001, Magistrate Judge Felix Recio appointed Phillip T. Cowen as Leon's counsel on direct appeal. On December 12, 2001, the Petitioner filed a notice of appeal in the U.S. Court of Appeals for the Fifth Circuit. Leon filed his brief on June 20, 2002. On direct appeal, Leon argues the credibility of the witnesses, the denial of effective assistance of counsel, and the lack of sufficient evidence against him. Leon's Fifth Circuit docket number is 01-41204, and his appeal is currently pending.

The U.S. Court of Appeals for the Fifth Circuit has previously held that a criminal defendant may not collaterally attack a conviction until it has been affirmed on direct appeal.[1] Therefore, Respondent's Motion is hereby **GRANTED** and Petitioner Leon's 28 U.S.C. Section 2255 Petition is hereby **DISMISSED WITHOUT PREJUDICE**.

DONE at Brownsville, Texas, this ___12___ day of August, 2002.

Hilda Tagle
United States District Judge

---

[1] See United States v. Fassler, 858 F.2d 1016, 1019 (5th Cir. 1998), cert. denied, 490 U.S. 1099 (1989).